IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>BOSTON SCIENTIFIC<br>CORPORATION and BOSTON<br>SCIENTIFIC SCIMED, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 10-39-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM ORDER**

At Wilmington this 19th day of June, 2012, having heard oral argument on, and having reviewed the papers submitted in connection with, the parties' proposed claim construction;

IT IS ORDERED that the disputed claim language of U.S. Patent No. 6,547,817 ("the '817 patent"), as identified by the above referenced parties,[1] shall be construed consistent with the tenets of claim construction set forth by the United States Court of Appeals for the Federal Circuit in *Phillips v. AWH Corp.*, 415 F.3d 1303 (Fed. Cir. 2005), as follows:

A "**circumferentially extending turn back portion**" of a connector is an undulating portion, or a portion that rises and falls in waves. ('817 patent Figure 8; col.

---

[1]The court has construed the term most essential of the parties' disputed terms in view of the parties' infringement and validity positions, addressed in the concurrent memorandum opinion.

1

2:38-40; col. 3:47-53)

_____
United States District Judge