IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 10-39-SLR |
| | ) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION and BOSTON | ) |
| SCIENTIFIC SCIMED, INC., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM ORDER**

**WHEREAS**, the court issued its claim construction in the above-captioned patent case on June 19, 2012, and commensurately resolved several of the pending summary judgment motions in favor of BSC (D.I. 258, 259, 260);

**WHEREAS**, the parties subsequently stipulated to the cancellation of trial on any remaining invalidity issues (D.I. 261);

**WHEREAS**, on July 23, 2012, BSC filed a motion for attorney fees, expenses and costs incurred in defending this suit (D.I. 263);

**WHEREAS**, on August 3, 2012, Cordis filed a motion to defer the court's consideration of BSC's motion for fees and costs until after Cordis' impending appeal is resolved (D.I. 266); and

**WHEREAS**, the parties have yet to agree on and file a stipulated form of judgment to facilitate such appeal;

At Wilmington this 7th day of August, 2012, IT IS HEREBY ORDERED that:

1. Cordis's motion to defer (D.I. 266) is granted.

2. BSC's motion for attorney fees, expenses and costs (D.I. 263) is denied without prejudice to renew.

3. The parties shall, on or before **August 15, 2012**, file with the court a stipulated Rule 54(b) final judgment or, alternatively, a joint letter to the court delineating why agreement on the foregoing cannot be reached.

_____
United States District Judge