IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 10-39-SLR |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION and BOSTON SCIENTIFIC SCIMED, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL CASE

For the reasons set forth in the Court's memorandum opinion (D.I. 259) and order (D.I. 260) dated June 19, 2012;

And in light of the stipulation of the parties dismissing all counterclaims of invalidity without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (D.I. 268);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. ("Defendants"), and against plaintiff Cordis Corporation ("Plaintiff") on Plaintiff's claims of infringement of U.S. Patent Nos. 6,086,604, 6,547,817, and 6,716,240 (D.I. 1) and on Defendants' counterclaims of noninfringement of those patents (D.I. 8, Counts 2, 4, and 6).

Dated: August 16, 2012

_____
United States District Judge

_____
(By) Deputy Clerk

{00660632;v1 }